```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :
UNITED STATES OF AMERICA                :
                                        :
        -v-                             :      24-CR-612 (LAP)
                                        :
JOSEPH AKIVA JR,                        :      SCHEDULING ORDER
                                        :
                 Defendant.             :
                                        :
--------------------------------------- X
```

LORETTA A. PRESKA, Senior United States District Judge:

All matters relating to presentment, arraignment, and, if necessary, appointment of counsel for the Defendant shall proceed before a magistrate judge.

Defendant shall appear for the conference currently scheduled for December 11, 2025 at 1:00pm in Courtroom 12A, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Dated:     December 1, 2025
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge