

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 9, 2025

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:**    ***United States v. Salim Saadia et al*, S3 24 Cr. 612 (LAP)**

Dear Judge Preska:

The Government writes to request, on behalf of all parties, an adjournment of the status conference scheduled for December 11, 2025 to January 28, 2026 at 11:30 a.m. Since the initial conference before the Court, the Government has made multiple productions of Rule 16 discovery to the defendants, consisting of multiple terabytes of data. The Government continues to make rolling productions of Rule 16 discovery. In addition, the parties have been engaging in discussion about a potential pre-trial resolution to the charges. Accordingly, to provide the defendants with adequate time to review the Rule 16 discovery and for the Government to make additional Rule 16 productions, and to permit the parties to continue to engage in plea discussions, the parties jointly request an adjournment of the status conference until January 28, 2026 at 11:30 a.m.

The Government further requests that the time between today and January 28, 2026 be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendants in a speedy trial, as the proposed exclusion will allow the defendants time to review Rule 16 discovery, for the Government to

produce additional Rule 16 discovery, and for the parties to discuss the possibility of pretrial dispositions. Counsel for all defendants consent to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____

Meredith Foster
William Kinder
Matthew J. King
Assistant United States Attorneys
(212) 637-2310 / -2394 / -2384

The requests are GRANTED.  The status conference is adjourned to January 28, 2026 at 11:30 AM.  Time shall be excluded under the Speedy Trial Act through that date.

The Clerk of the Court is directed to close Dkt. 65.

**SO ORDERED.**

_____
Loretta A. Preska
United States District Judge

December 10, 2025
New York, New York