

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 27, 2026

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Salim Saadia et al*, S3 24 Cr. 612 (LAP)

Dear Judge Preska:

    The Government writes to request, on behalf of all parties, an adjournment of the status conference scheduled for January 28, 2026 at 11:30 a.m. Since the initial conference before the Court, the Government has made multiple productions of Rule 16 discovery to the defendants, consisting of multiple terabytes of data. The Government continues to make rolling productions of Rule 16 discovery. In addition, the parties have been engaging in discussion about a potential pre-trial resolution to the charges. Accordingly, to provide the defendants with adequate time to review the Rule 16 discovery and for the Government to make additional Rule 16 productions, and to permit the parties to continue to engage in plea discussions, the parties jointly request an adjournment of the status conference for another 30 days.

    The Government further requests that the time between today and the adjourned date for the conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendants in a speedy trial, as the proposed exclusion will allow the defendants time to review Rule 16 discovery, for the

The status conference is adjourned to March
10 at 2:00 PM.   Time shall be excluded
under the Speedy Trial Act accordingly.

**SO ORDERED.**

*Loretta A. Preska*
_____
Loretta A. Preska
United States District Judge

January 28, 2026

Government to produce additional Rule 16 discovery, and for the parties to discuss the possibility of pretrial dispositions.  Counsel for all defendants consent to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Meredith Foster
William Kinder
Matthew J. King
Assistant United States Attorneys
(212) 637-2310 / -2394 / -2384