UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

UNITED STATES OF AMERICA

-v-

JOSEPH AKIVA and RAVI ALLAHB

Defendants

---------------------------------------- X

24-CR-612 (LAP)

SCHEDULING ORDER

LORETTA A. PRESKA, Senior United States District Judge:

Defendant Akiva shall appear for a change-of-plea hearing on July 20, 2026 at 11:00 AM.

Defendant Allahab shall appear for a change-of-plea hearing on August 6, 2026 at 11:30 AM.

In advance of the change-of-plea hearings, the Government shall publicly docket any written plea agreements unless they seek sealing.

**SO ORDERED.**

Dated: July 14, 2026
New York, New York

LORETTA A. PRESKA
Senior United States District Judge